UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLINTON BRINSON
    Petitioner
 v.           **Judgment in a Civil Case**
H.A. RIOS, JR.
    Respondent     Case Number: 5:10-HC-2242-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on May 12, 2011, with service on:
Clinton Brinson  16871-056, United States Penitentiary - Atwater, P.O. Box 019001, Atwater, CA  95301 (via U.S. Mail)

May 12, 2011              /s/ Dennis P. Iavarone
                        Clerk